IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**STEVEN COLBERT PETTIGREW**,<br><br>Supervised Releasee | NO. 5: 05-CR-15 (DF)<br><br>RE: SUPERVISED RELEASE VIOLATIONS |

## O R D E R

STEVEN COLBERT PETTIGREW, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. He was advised of the nature of the proceedings against him and of his legal and constitutional rights.

Upon consideration of the government's request for detention of the **SUPERVISED RELEASEE** pending his final revocation hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. Grounds for revocation set forth in the PETITION FOR ACTION ON SUPERVISED RELEASE include allegations that the **SUPERVISED RELEASEE** violated supervised release by failing to report, failing to submit monthly reports, failing to work regularly at a lawful occupation, failing to notify of change in residence and in employment, and possessing/using a controlled substance.

Accordingly, IT IS ORDERED AND DIRECTED that STEVEN COLBERT PETTIGREW be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Absent a request for a preliminary hearing, said supervised releasee shall appear before the Honorable Duross Fitzpatrick, district judge, for a FINAL HEARING as directed by Judge Fitzpatrick.[1]

SO ORDERED AND DIRECTED, this 15th day of AUGUST, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the defendant requested additional time to discuss with his client whether he desires a preliminary hearing.